### 4498.   SAVANNAH ELECTRIC CO. *v.* JOHNSON.

HILL, C. J.   1. It is the duty of the trial judge to submit to the jury all the issues raised by the pleadings and the evidence.   In the present case there was evidence to support the second count of the petition upon which the verdict was based, and, hence, this count was properly submitted to the jury.

2. It was not negligence per se for a passenger to attempt to alight from a slowly moving street-car, although he may have been an old and infirm man.   Whether his act was so obviously dangerous as to prevent a recovery for an injury received in attempting to alight must be determined by the jury, from all the facts of the case.   *Sou. Ry. Co.* v. *Parham,* 10 *Ga. App.* 531 (73 S. E. 763), and cit.

3. No error of law appears, and the evidence supports the verdict.

*Judgment affirmed.*

DECIDED JANUARY 22, 1913.

Action for damages; from city court of Savannah—Judge Freeman.   September 24, 1912.

*Osborne & Lawrence,* for plaintiff in error.

*Twiggs & Gazan,* contra.

---

### 4504.   SEABOARD AIR-LINE RAILWAY *v.* ROSENBUSCH.

POTTLE, J.   1. The power of attorney of one who signs a certiorari bond as attorney in fact for the surety must accompany the bond.   *Southern Express Company* v. *Wheeler,* 72 *Ga.* 210; *Harwell* v. *Marshall,* 125 *Ga.* 451 (54 S. E. 93); *Anderson* v. *Southern Ry. Co.,* 9 *Ga. App.* 199 (70 S. E. 983).

2. Even if such a bond is amendable in the superior court by attaching the power of attorney, an offer to amend by attaching what purports to be a copy of such power is not sufficient; especially so when there is no proof of the existence of an original.   *Judgment affirmed.*

DECIDED JANUARY 22, 1913.

Certiorari; from Fulton superior court—Judge Bell.   September 25, 1912.

*W. G. Loving,* for plaintiff in error.

*Maddox & Sims,* contra.